**United States District Court**
**Northern District of New York**

# JUDGMENT IN A CIVIL CASE

**ANGEL L. MARTINEZ**

    v.                **CASE NUMBER: 9:04-CV-440 (DEP)**

**SCOTT THOMPSON, ET AL.**

**[X]**    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[ ]**    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of plaintiff.  The court dismisses all claims against defendants Donald Selsky and Captain Lane.  On excessive force and failure to protect the jury finds liability and awarded compensatory damages against:  Scott Thompson - $200,000.00; Michael Duvall - $100,000.00; Roland LaBrague - $50,000.00 and Larry Sisco - $150,000.00.  On retaliation claim the jury finds liability and awards nominal damages in the amount of $1.00 against defendants Scott Thompson, Michael Duvall and Roland LaBrague.  On malicious prosecution claim the jury finds liability and awards nominal damages in the amount of $1.00 against defendants Scott Thompson, Larry Sisco and Scott Meyers.  The jury awards punitive damages against Scott Thompson - $500,000.00; Michael Duvall $200,000.00; Roland LaBrague $50,000.00 and Larry Sisco - $150,000.00.  The court finds no cause against defendants Thomas Novak, Donna Temple and R. Sipley.  The court extends the time to file motions for attorneys' fees and bill of costs until 30 days after the entry of judgment.

**September 12, 2008**                **LAWRENCE K. BAERMAN**
**DATE**                                          **CLERK**

                                                **(BY)**    **Katherine M. Gridley**
                                                             **Deputy Clerk**